(107 So. 801)

**Austin HENLY v. STATE.** (4 Div. 266.)

(Supreme Court of Alabama. March 25, 1926.)

Certiorari to Court of Appeals.

Marcus J. Fletcher, of Andalusia, for petitioner.

Harwell G. Davis, Atty. Gen., for the State.

SOMERVILLE, J. Petition of Austin Henly for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Henly v. State, 107 So. 801.

Writ denied.

THOMAS, MILLER, and BOULDIN, JJ., concur.